FILED

Oct 18 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO DAVID BENGUIAT-JIMENEZ, et al.,<br>aka David Benguiat,<br>aka Rams,<br><br>Defendants. | Case No. '22 CR2387 TWR<br><br>**NOTICE OF RELATED CASE**<br><br>**SEALED** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Roberto Rivera-Orozco, et al., Case No. 22CR1552-TWR, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

X (2) Prosecution against different defendants arises from:

____ (a) A common wiretap

____ (b) A common search warrant

X (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: October 18, 2022.

RANDY S. GROSSMAN
United States Attorney